IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

JENNIFER J. JOHNSON,

    Plaintiff,                                        JUDGMENT IN A CIVIL CASE

v.                                                  12-cv-735-wmc

MARATHON COUNTY SOCIAL SERVICES,

    Defendant.

---

    This action came for consideration before the court with District Judge William M. Conley presiding. The issues have been considered and a decision has been rendered.

---

    IT IS ORDERED AND ADJUDGED that judgment is entered dismissing this case for lack of subject matter jurisdiction.

By: /s/ Pam Kamps, Deputy Clerk                      5-2-2013
Peter Oppeneer, Clerk of Court                            Date